Yes, Your Honor. May it please the Court, Matt Crapel for the government. My understanding is that Petitioner filed a motion to withdraw the petition for review. Is counsel for the other side here? Not that I'm aware of. He doesn't say in the petition that he is withdrawing with the consent of counsel or with the consent of his client. Now, there's no reason why a case cannot be adjudicated even though the alien's not present in the country. Is that right? That's correct. The Court still possesses jurisdiction to decide the case, if that's your question. Yes. So, I'm really concerned about the representation of this individual because I think it has to be with the consent of the client. So, maybe we should be issuing an order or doing something to get to the bottom of this. I have no objection to that. Uh-huh. Did you have any conversation at all with Counselor Mr. Zhao in the past 10 days or a couple of weeks? Yes. He actually called me, I believe it was Thursday, if I recall correctly, and informed me that he had got in touch with his client and that he wanted to withdraw the petition for review. Did he say that the client wanted to withdraw it or that he wanted to withdraw it? No, he made it sound like the client had left the country, went back to China, and that he didn't want to pursue it anymore. It's what he said to me. Well, maybe we want to get some kind of... Based on my recollection. Uh-huh. Well, we'd probably get an appropriate statement from opposing counsel in some way. We can issue an appropriate order. Okay. Do you have any questions about the case? If you don't have any questions, I think the brief adequately addresses the issues in the case. The government would not oppose the withdrawal of the petition for review. With that, I respectfully request that you deny the petition and the alternative. Thank you. Okay. Thank you. Maybe we should defer submission of that until we... I think so. We'll defer submission of that until we issue an appropriate order. Our last case for argument this morning is Padilla-Romero v. Holder. I've got another lawyer no-show. Is this customary? I don't know. Has opposing counsel been here this morning? Maybe he went down to one of the other courtrooms. I saw somebody in the library, so we're walking back and forth. You know, I'd like to have a short recess. We're going to take a short recess. Recess. Can we take a short recess? Oh, we just took a short recess. Are we done? Yes. Okay. We'll be here again. Thank you. So we're next, I guess. Yes. We're next. I think I've done this 1996 times, just in case. Oh. It's in my car. I don't have money, either. Okay. So are you the one in the same video, or is the camera in the same video? Is the what? Is it in the same video? Uh-huh. Oh, that's me. Is it a little far away from you? You know, it's not that far if you don't have a good bathroom or a good shower. But I had to leave at 430 this morning, so. That's awful. I know. I know. It's not quite awful enough to justify the expense to my client just staying overnight or whatever, so. But. Where are you from? Trinidad. Uh-huh. I've lived there for a while. I've come to Las Paleras. Yeah. It's a nice place. For a while. Yes. I didn't enjoy my time there, was it? Because it was in law school. Yeah. That's terrifying. No. No. And it's a good place to go to law school, but. Yeah. It doesn't have much going for it. And it's ideal. I wanted to get my own legislative policy. It was a capitol school until I did an internship with a co-representative. She said, oh, no. I don't want to be part of this. I had a foreign policy teacher. I'll always call it an agent of law school. Uh-huh. It's. You don't really appreciate how bad the expression is until you've been there and seen the way it's done. It's not scary. It's not great at all. Are you talking about it? No. Just a transplant about 30 years ago. So I've seen some. It's nice. It's been so long. Look at that. It's cute. It's so California. It's. It's. It's. It's. It's. It's. It's. It's. It's. It's. It's.    It's. It's It's. Lost like the listeners like this.    We're
judges: Walter, Fletcher B. , Paez